# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| United States of America<br>v.<br>CARLOS A. MATCHETT<br><br>Defendant(s) | Case No.  20-5557 (KMW) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 31, 2020__ in the county of __Atlantic__ in the _____ District of __New Jersey__, the defendant(s) violated:

| Code Section | Description of Offenses |
|---|---|
| 18 U.S.C. § 2101 | Use of a facility of interstate commerce to organize, promote, encourage, participate in, and carry on a riot (See Attachment A) |

This criminal complaint is based on these facts:

See Attachment B

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Brian J. Corcoran, Jr., FBI
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __telephone__ (specify reliable electronic means).

Date: __06/03/2020__

_____
Judge's signature

City and state: __District of New Jersey__   Hon. Karen M. Williams, U.S. Magistrate Judge
Printed name and title

CONTENTS APPROVED

UNITED STATES ATTORNEY

By: _____
Gabriel J. Vidoni, Assistant U.S. Attorney

Date: June 3, 2020

## **ATTACHMENT A**

On or about May 31, 2020, in Atlantic County, in the District of New Jersey, defendant

CARLOS A. MATCHETT

used a facility of interstate and foreign commerce, namely, a cellular telephone and the social media platform Facebook, Inc., with intent to participate in and carry on a riot, as defined in Title 18, United States Code, Section 2102(a), and during the course of such use, and thereafter, performed and attempted to perform an overt act for the purpose of participating in and carrying on a riot, namely, by assisting in the looting of retail locations in Atlantic City, New Jersey, disrupting traffic, and refusing to disperse upon direction from law enforcement officers.

In violation of Title 18, United States Code, Section 2101.

## ATTACHMENT B:

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Brian J. Corcoran, Jr., being duly sworn, do hereby state the following:

### I. INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been a Special Agent with the FBI since April 2010. I am currently assigned to the Newark, New Jersey Field Office, Atlantic City Resident Agency. Prior to my assignment to this office, I worked as a Special Agent in Boston, Massachusetts. I have training and experience in investigations including counter-terrorism and explosive related matters. I have also received training and experience in interview and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, computer crimes, computer evidence identification, computer evidence seizure and processing, and various other criminal laws and procedures. I have been involved in investigating and enforcing laws involving racially motivated violent extremism, anti-government/anarchist extremism, and various weapons charges to include explosive, incendiary, and destructive devices. I have not included every detail of my training, education, and experience, but have highlighted those areas that I believe are most relevant to this application. As a federal agent, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

2. I am familiar with the facts and circumstances set forth herein based on information provided to me by other law enforcement officers involved in the investigation, including but not

limited to officers from the Atlantic City Police Department, as well as my review of investigative reports, social media platforms, records, and other information.

3. This Affidavit is submitted for the limited purpose of setting forth probable cause for the issuance of the requested criminal complaint and arrest warrant. For that reason, I have not included every fact known to me regarding this investigation. Rather, I have set forth only those facts which I believe are necessary to establish probable cause to support issuance of the requested criminal complaint and arrest warrant.

## II.   PROBABLE CAUSE

4. During the evening of May 31, 2020, following peaceful protests in Atlantic City, New Jersey, a group of persons engaged in a spree of rioting, destruction, and looting of stores located in and around the Tanger Outlets (locally referred to as "the Walk"). Atlantic City Police Department officers responded to this area in order to ensure the safety of residents and in an effort to protect commercial spaces and apprehend persons engaged in this ongoing criminal conduct.

5. Around approximately 8:30 p.m., responding officers observed MATCHETT standing in the middle of a roadway near the Tanger Outlets yelling obscenities at police and enticing persons around him to join in looting. Officers ordered MATCHETT to disperse several times. After he refused, officers placed MATCHETT under arrest. During a search-incident-to-arrest, officers located within MATCHETT's book bag a folding knife, a hatchet, and a jar containing a liquid that appeared to be gasoline based on its appearance and odor.

6. The following day, on or about June 1, 2020, I conducted a search of the social media platform Facebook for any accounts associated with MATCHETT and the riot and looting

–2–

that took place in Atlantic City, New Jersey, the night before.  During my search, I located a publicly accessible Facebook page in the name "Carlito Matchett (Carlito's Way)[,]" which featured numerous profile pictures of MATCHETT.

7.       Upon inspection of MATCHETT's Facebook page, I observed that shortly before his arrest the night before, on May 31, 2020 at 6:42 p.m., MATCHETT authored a post on his Facebook page which stated "LET'S START a RIOT" and featured a link to a news article about the ongoing riots and looting taking place at the time in Philadelphia, Pennsylvania.

8.       In addition, I observed among MATCHETT's most recent Facebook posts a video that appeared to have been recorded on May 31, 2020 by MATCHETT using a cellular telephone.[1] The video, which has since been removed,[2] depicted scenes of looting and rioting in and around the Tanger Outlets in Atlantic City, New Jersey.  During the video, I heard MATCHETT yell obscenities and derogatory remarks at police officers who were visible nearby.  Afterwards, MATCHETT approached a group of persons standing near a storefront with a broken window. MATCHET made statements to these persons encouraging and directing them to enter the store and take property.  MATCHETT also made statements to them indicating that he would provide

---

[1] Although MATCHETT was not visible due to the vantage point, I believe that he was the person who made the video based on the sound and inflection of his voice and my subsequent review of other videos on MATCHETT's Facebook page showing him speaking into the camera.

[2] FBI personnel attempted to download the video, but were unable to do so prior to its removal from the Facebook page.  A preservation request has been submitted to Facebook, Inc. for MATCHETT's Facebook page.

cover so that they could steal goods from within. Around the same time, I observed persons breaking into and looting stores, including the one nearest to where MATCHETT stood.

### III. CONCLUSION

9. Wherefore, your Affiant submits that, based upon the facts described above, there is probable cause to support issuance of the requested criminal complaint and arrest warrant.

10. Because this application and the Affidavit pertain to an ongoing criminal investigation, and because disclosure of the information contained herein as well a disclosure of the arrest warrant being requested may compromise the investigation and increase the risk of harm for law enforcement officers who are responsible for conducting the arrest, I request that this Affidavit, the application in support of it, the resulting arrest warrant, and all related documents be filed under seal until further order of the Court, except for a copy of the arrest warrant and may be served at the time of execution.

11. The information contained in this Affidavit is known to be true and correct to the best of my knowledge, information and belief.

Respectfully submitted,

_____
BRIAN J. CORCORAN, JR.
SPECIAL AGENT, FBI

Pursuant to Fed. R. Crim. P. 4.1, Special Agent Brian J. Corcoran, Jr. was sworn and attested to the contents of this affidavit in support of the criminal complaint and arrest warrant requested herein.

_____   Date: June 3, 2020
HON. KAREN M. WILLIAMS
United States Magistrate Judge